IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-357-CV





J. H. PURVIS; T. L. PURVIS; AND THE PURVIS RANCH


COMPANY, A TEXAS CORPORATION,



 APPELLANTS


vs.





FEDERAL DEPOSIT INSURANCE CORPORATION,


IN ITS CORPORATE CAPACITY,



 APPELLEE



 




FROM THE DISTRICT COURT OF MILLS COUNTY, 35TH JUDICIAL DISTRICT



NO. 93-05-4818, HONORABLE ERNEST CADENHEAD, JUDGE PRESIDING



 




PER CURIAM

 Appellants have filed a motion to dismiss. The motion is granted. Tex. R. App.
P. 59(a)(1)(B)

 The cause is dismissed pursuant to the parties' settlement agreement.


Before Justices Powers, Aboussie and B. A. Smith

Cause Dismissed on Appellants' Motion

Filed: October 12, 1994

Do Not Publish